FILED
CLERK, U.S. DISTRICT COURT

September 6, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ VM ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.   CR 90-551 RGK                              Date   September 6, 2016

Title   United States v. Bush

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**      ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒   Lack of bail resources

☐   Refusal to interview with Pretrial Services

☒   No stable residence or employment

☐   Previous failure to appear or violations of probation, parole, or release

☐   Ties to foreign countries

☐   Allegations in petition

☐

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 90-551 RGK | Date | September 6, 2016 |
|---|---|---|---|

| Title | United States v. Bush |
|---|---|

B.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒   Nature of previous criminal convictions

☒   Allegations in petition

☐   Substance abuse

☐   Already in custody on state or federal offense

☐

C.   ☒   Defendant submitted to detention

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.